PROBATION FORM NO. 35                                                               Report and Order Terminating Probation/
(DSC 8/17)                                                                                          Supervised Release
                                                                                                                          Prior to Original Expiration Date

# United States District Court

FOR THE

<u>District of South Carolina</u>

| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Victor Folk | ) | Crim. No. 9:19CR00164 |

On January 23, 2020, the above-named individual was sentenced to a three (3) year term of supervised release. The term of supervision commenced on November 25, 2022. Since that time, he has complied with the rules and regulations of supervised release and qualifies for early termination according to 18 U.S.C. § 3583(e)(1).

Respectfully submitted,

*Christian M. Chamberlain*

Christian M. Chamberlain
United States Probation Officer

ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from Supervised Release and that the proceedings in the case be terminated.

Dated this  12th  day of    June         , 20 24  .

*Bruce H. Hendricks*

Bruce Howe Hendricks
United States District Judge